GEORGE EHRET, JR., et al., as Executors of WILLIAM G. RINGLER, Deceased, Appellants, *v.* GEORGE RINGLER & COMPANY, Defendant.

ANNA HACHEMEISTER et al., as Administrators with the Will Annexed of HENRY HACHEMEISTER, Deceased, Respondents.

*Ehret* v. *Ringler Company*, 144 App. Div. 480, appeal dismissed. (Argued January 30, 1912; decided February 2, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 5, 1911, which reversed an order of Special Term appointing a temporary receiver of the defendant company.

The following question was certified: "Are there officers of George Ringler & Company empowered to hold the assets of that company as contemplated by subdivision 3 of section 306 of the General Corporation Law?"

*John M. Bowers* and *W. H. Van Benschoten* for appellants.

*David Leventritt, Maxwell C. Katz* and *Otto C. Sommerich* for respondents.

*Charles A. Collin* and *John B. Stanchfield* for Anna Hachemeister, individually, intervening.

Appeal dismissed, without costs to either party, and without prejudice to a renewal of the application to the Supreme Court, the situation having so changed since the decision of the Appellate Division that the question certified is no longer controlling on the rights of the parties, and this court is confined to a decision of the question certified; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.